```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DONNA CHANCE**                                      **CIVIL ACTION**

**VERSUS**                                            **No. 07-9427**

**DESIGNER WARDROBE TRAILERS, INC.,** *et al.*        **SECTION: I/4**

ORDER

Before the Court is a motion for entry of judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,[1] filed on behalf of defendant, Travelers Property Casualty Company of America ("Travelers").

The Fifth Circuit has stated:

> Rule 54(b) of the Federal Rules of Civil Procedure provides that "the court may direct entry of a final judgment as to one or more but fewer than all of the claims . . . only upon an express determination that there is no just reason for delay and upon express direction for the entry of judgment." . . . One of the primary policies behind requiring a justification for Rule 54(b) certification is to avoid piecemeal appeals. A district court should grant certification only when there exists some danger of hardship or injustice through delay which would be alleviated by immediate appeal; it should not be entered routinely as a courtesy to counsel.

*PYCA Indus., Inc. v. Harrison County Waste Water Mgmt Dist.*, 81 F.3d 1412, 1421 (5th Cir. 1996) (citations omitted).

On December 18, 2008, the Court granted Travelers' motion to

---

[1] Rec. Doc. No. 86.

1

dismiss with prejudice. Travelers contends that the Court should certify its order as final because all claims against Travelers have been dismissed and all remaining claims involve different parties. Notwithstanding Travelers' conclusory assertion that there is no just reason for delay, Travelers has not articulated any danger of hardship or injustice that would be alleviated through the entry of a final appealable judgment. Accordingly,

**IT IS ORDERED** that the motion for entry of judgment is **DENIED**.

New Orleans, Louisiana, January 27th, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**